# EXHIBIT A

**Generated:** 06/24/2026

| | | |
|---|---|---|
| **AOC-105 Sum Code: CI**<br>**Rev. 1-07**<br><br>**Commonwealth of Kentucky**<br>**Court of Justice**<br>**CR 4.02; Cr Official Form 1** | **Civil Summons** | Case Number **26-CI-00105**<br>Court CI<br>County WASHINGTON |

***Plaintiff,*** GRAVES, SELINA GAYLE VS. META PLATFORMS, INC, ***Defendant***

META PLATFORMS, INC
C/O JOANNE LYNCH - TILFORD DOBBINS(...)
401 W MAIN STREET, SUITE 1400
LOUISVILLE KY 40202

**The Commonwealth of Kentucky to the above-named Defendant(s):**

**You are hereby notified a legal action has been filed against you in this court demanding relief as shown on the document delivered to you with this summons. Unless a written defense is made by you or by an attorney on your behalf within twenty (20) days following the day this paper is delivered to you, judgement by default may be taken against you for the relief demanded in the attached Complaint.**

**The name(s) and address(es) of the party or parties demanding relief against you are shown on the document delivered to you with this summons.**

JoAnne Mudd Miller, Washington Circuit Clerk

By ______________________________, DC

Date: 06/23/2026

**Proof of Service**

[ ] This Summons was served by delivering a true copy and the Complaint (or other initiating document)
To: ______________________________

[ ] Not Served because: ______________________________

Date: ______________, 2______. ______________________________
Served by

# WASHINGTON COUNTY CIRCUIT COURT

UNITED STATES OF AMERICA

CASE # 24 S 00002 MOVED FROM

DISTRICT TO CIRCUIT# 26-CI-105

MOTION to Continue July 22, 2026 1:00 pm

SELINA GAYLE GRAVES PLATIFF

V

META PLATFORMS, INC DEFENDANT

SELINA GAYLE GRAVES

FILED
CIRCUIT/DISTRICT COURT
JUN 23 2026
JOANNE MUDD MILLER, CLERK
BY: ________ D.C.

GAYLE METCALF GRAVES ACCOUNT

TITLE AND

FAI7772023 INSTAGRAM

ACCOUNT #6886043741505750

2934 DOLPHIN DR.

ELIZABETHTOWN KY 42702

META PLATFORMS, INC

REPRESENTED BY

TILFORD DOBBINS & SCHMIDT PLLC

401 W. MAIN ST, SUITE 1400

LOUISVILLE, KY 40202

JOANNE LYNCH

1.I WAS A FACEBOOK CREATOR FROM SEPT. 30, 2023 TO FEB 28, 2025 AND WRITER OF A FICTION STORY I WAS TOLD MY EARNINGS WERE ON HOLD EACH MONTH AND NEVER RECEIVED

2.I AM DEMANDING MY EARNINGS $250,000.00 AND ALL MONIES FROM MY ACCOUNT # I PROVIDED ; I WAS REQUESTED BY FACEBOOK TO MAKE REELS TO MATCH THE STORY THAT I WAS TELLING AND ALSO LINK TO INSTRAGRAM IN WHICH I DID AND INSTAGRAM ALSO PAID FOR THE STORY AND REELS I AM INCLUDING THE DEMAND LETTER THAT I HAVE PROVIDED

JOANNE LYNCH WITH TWO COPIES AND PROOF I SENT IT.

3.I AM INCLUDING A COPY OF ALL THAT I PROVIDED MS. LYNCH WITH PROOF OF MY SUBSCRIPTION CONTRACT AND POOF OF ALL OTHER ITEMS SHE REQUESTED

COPIED TO
JOANNE LYNCH
401 W. MAIN ST
SUITE 1400
LOUISVILLE KY
40202

SELINA GAYLE GRAVES
2934 DOLPHIN DR
ELIZABETHTOWN, KY
40202 APT. 94

June 23, 2026

Selina Gayle Graves

Cindy W Sanders, Notary

CINDY W. SANDERS
NOTARY PUBLIC
STATE AT LARGE
KENTUCKY
ID# KYNP22456
MY COMMISSION EXPIRES MARCH 1, 2029

| IDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| omplete items 1, 2, and 3.<br>rint your name and address on the reverse<br>o that we can return the card to you.<br>ttach this card to the back of the mailpiece,<br>r on the front if space permits. | A. Signature<br>X ☐ Agent ☐ Addressee<br>B. Received by (Printed Name) C. Date of Delivery 8/7/26 |
| rticle Addressed to:<br>Joanne Lynch Suite<br>Tilford Dobbins 1400<br>Schmidt<br>401 W. Main St. Ky<br>Louisville 40202 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No |
| 9590 9402 9919 5335 8023 81 | 3. Service Type<br>☐ Adult Signature<br>☐ Adult Signature Restricted Delivery<br>☑ Certified Mail®<br>☐ Certified Mail Restricted Delivery<br>☐ Collect on Delivery<br>☐ Collect on Delivery Restricted Delivery<br>☐ Insured Mail<br>all Restricted Delivery<br>☐ Priority Mail Express®<br>☐ Registered Mail™<br>☐ Registered Mail Restricted Delivery<br>☐ Signature Confirmation™<br>☐ Signature Confirmation Restricted Delivery |
| rticle Number (Transfer from service label)<br>9589 0710 5270 2611 2411 52 | |

orm 3811, July 2020 PSN 7530-02-000-9053 Domestic Return Receipt

# GAYLE METCALF GRAVES FACEBOOK AND INSTAGRAM ACCOUNTS FAI7772023

PAYOUT ACCOUNT IDENTIFICATION #6886043741505750


## SELINA GAYLE GRAVES

2934 DOLPHIN DR. Apt. 94

ELIZABETHTOWN, KY 42702

APRIL 25, 2026 502-821-0740


May 30, 2024

Filed on 12th

V.

META PLATFORMS, INC

TILFORD DOBBINS & SCHMIDT PLLC

R : GRAVES V. META PLATFORMS, INC

WASHINGTON DISTRICT COURT , SMALL CLAMS DIVISION

CASE # 24-S-00002

DEAR MS. JOANNE LYNCH

It is requested that you acknowledge all the information has been provided to recover to me , Selina Gayle Metcalf Graves all moneys owed to me.

PAYOUTS ACCOUNT NUMBER 6886043741505750

COPIES PROVIDED OF THAT INFORMATION

ACCOUNT #'S EMAILS INQUIRY #S PROOF OF VER IFICA TION CREDIT CARD STATEMENTS PROOF OF CONTRACT PROOF OF EXTRA PERKS FROM ADVERTISING ADS, ETC PROOF OF PLAYS ON REELS 250 PLAYS IN 30 DAYS ETC I HAD OVER 200 REELS PERFORMANCE PERCENTAGES PROOF OF EARNING PROOF OF CHALLENGE ACHIEVEMENTS NO NONETIZATION VIOLATIONS PROOF OF EARNINGS ON HOLD AND NEVER RECEIVED ANY STARTED SEPT. 30, 2023 PROOF OF ACTIVE SUSCRIBER PROOF OF ASKING META TO RESTORE MY INFORMATION AND INSTAGRAM PROOF MY EARNINGS WERE ON HOLD PROOF OF HOW MANY TIMES MY REELS WERE BEING VIEWED

PLEASE REQUEST ANY FUTHER INFORMATION IF NEEDED

June 1, 2026

My sworn testimony proof of Contract, etc and pay All moneys owed for Accounts.

1, 2026

Selina Gayle Graves

Washington COUNTY DISTRICT COURT

DATE June 1, 2026

CASE # 24-5802

Motion Date - June 22, 2026

2:00pm

Motion to Pay Mota

Funds owed

My proof and demand Letters

Contract etc.

Sent twice.

June 1, 2026

My sworn notorized Statement I have provided every proof of my case for my moneys and trusted and confided in two Attorney's But they failed me.

[signature]

[signature] Deanna [signature]
KYNP29982
exp 5/19/29

Copied to: Joanne Lynch

Washington COUNTY Circuit COURT
DATE June1, 2026
CASE # 24-5-002
Motion Date - June 22, 2026
2:00pm

ORDER June 1, 2026
Silena Gayle Graves

order requesting Judge to
move from District to Circuit
Have Meta pay out my Acct.
Funds Sworn affidavit Requisting
All moneys owed Stating it
was and is my account Meta
Instagram proof of Credit Cards
I paid for subscription, Ads to
Advertise Earnings on hold, etc.
Two Attorneys stated "Its the LAW"
and I believed + trusted + considered in but ... filed me. Copied to ... Lync

Deanne Howell
KYNP29982
exp 5/19/29


11:39
92%
Gayle Metcalf Graves
Meta Verified Standard
Active subscriber on Facebook
since May 11, 2024
Edit name or photo
Update payment method to keep benefits
Your Meta Verified subscription renewal did not go through. Update your payment method to keep your benefits.
Update payment method
Your benefits
A verified badge
Impersonation protection
Enhanced support

Facebook Gayle Metcalf Graves Began From Sept 2023 to All of 2023 to Jan of & Feb 2024




Money ↓

Instagram acct. Fai7772023

Also earned money


10:44
69%
Media
Organic and paid
Crop
Markup

6:28 47%

Professional dashboard

Home Insights Creation Growth Monetization

## Monetization status

**Earning**

Great job! You're able to earn money from your content.

## Creator perks

See all

Reach goals to get rewarded for your content and unlock monetization tools.

**Get Stars on 3 reels**

Claim a creator trophy

Create reel

2 out of 3 reels have Stars toward your goal

## Your tools

**Stars**

Let your fans support you by sending Stars and gifts.

## Not yet eligible

As you grow your audience, you'll unlock more ways to make money.

**Ads on Reels**

Make money by including ads in your reels.

Invite only

**Bonuses**

Amplify your earnings as a creator with Bonuses.

Invite only

C


Your earnings are on hold
The payout method for your payout
account Gayle Graves was updated. To
protect your account, your earnings are on
hold until Jul 14, 2024
Learn more
Earnings
Next Payout
$--.--
No payout scheduled


**4 · Chito Mundas**
72% complete


**5 · Leonora Torres Guetan**
68% complete


**6 · Anii Sugeng**
65% complete

**7 · Bang Widji**

Search Copy text Listen


**10 · Gayle Metcalf Graves**
50% complete

Share Edit Lens

1:17 5G 85%

Professional dashboard
Professional status

## Progress and achievements

See all

### Weekly challenge

Gain new skills, build your audience and grow as a creator each week.

36% remaining

### Achievements

Explorer

Wordsmith

Director

## Other statuses

### Monetization

Earning

### Profile recommendation

Recommendable

June 15

You earned this achievement by getting 250 plays within 30 days.

over 500 Reels

You reached 261 accounts who aren't following you during this challenge.

× Search Copy text Listen

View insights

Share Edit Lens Delete

## Payouts

Gayle Graves

68800447 1506750

Gayle Graves

Payout Account ID: 68860 [illegible] 41505750

Overview

Transactions

Earning sources

Help

Copy text from image ×

## Account Summary

| Trans. date | Post date | Description | Amount |
|---|---|---|---|
| **Payments, Credits and Adjustments** | | | |
| | 12/06 | PAYMENT THANK YOU | -$600.00 |
| **Standard Purchases** | | | |
| 11/12 | 11/14 | OLD KENTUCKY HOME COUN BARDSTOWN KY | $84.29 |
| 11/13 | 11/14 | MCDONALD'S F24988 SPRING FIELD KY | $15.25 |
| 11/13 | 11/14 | CHILI'S BARDSTOWN #170 BARDSTOWN KY | $15.23 |
| 11/14 | 11/14 | CROWNE POINTE THEATRE ELIZABETHTOWN KY | $45.47 |
| 11/14 | 11/14 | THOMPSON FOOD MART 5 BARDSTOWN KY | $2.97 |
| 11/14 | 11/14 | THOMPSON FOOD MART 5 BARDSTOWN KY | $4.22 |
| 11/14 | 11/14 | ZAXBY'S #53601 BARDSTOWN KY | $3.20 |
| 11/14 | 11/14 | ZAXBY'S #53601 BARDSTOWN KY | $27.67 |
| 11/15 | 11/15 | MCDONALD'S F24988 SPRING FIELD KY | $17.00 |
| 11/15 | 11/15 | CHILI'S BARDSTOWN #170 BARDSTOWN KY | $18.55 |
| 11/16 | 11/16 | DOLLAR GENERAL #19683 BARDSTOWN KY | $21.50 |
| 11/17 | 11/17 | MCDONALD'S F24988 SPRING FIELD KY | $19.62 |
| 11/17 | 11/17 | FACEBK APAWYTTU82 Menlo Park CA | $84.22 |
| 11/18 | 11/18 | GOOGLE *Facebook 855-836-3987 CA | $15.89 |
| 11/19 | 11/19 | CHILI'S BARDSTOWN #170 BARDSTOWN KY | $8.54 |
| 11/20 | 11/20 | CHILI'S BARDSTOWN #170 BARDSTOWN KY | $8.23 |
| 11/21 | 11/21 | TEMU.COM WILMINGTON DE | $56.52 |
| 11/21 | 11/21 | METRO BY T-MOBILE IVR 888-863-8768 WA | $16.11 |
| 11/23 | 11/23 | CRACKER BARREL 691 BARDSTOWN KY | $17.80 |
| 11/23 | 11/23 | CRACKER BARREL 691 BARDSTOWN KY | $70.64 |
| 11/24 | 11/24 | COLTONS STEAK HOUSE & BARDSTOWN KY | $39.86 |
| 11/25 | 11/25 | CVS/PHARMACY #10048 ELIZABETHTOWN KY | $1.85 |
| 11/25 | 11/25 | RADCLIFF RURAL KING 94 RADCLIFF KY | $95.35 |
| 11/25 | 11/25 | LONGHORN STEAK 0125437 ELIZABETHTOWN KY | $119.25 |
| 11/27 | 11/27 | WM SUPERCENTER #729 BARDSTOWN KY | $16.86 |
| 11/27 | 11/27 | FACEBK ACQQVT3U82 Menlo Park CA | $58.00 |
| 11/27 | 11/27 | CHILI'S BARDSTOWN #170 BARDSTOWN KY | $18.55 |
| 11/27 | 11/27 | BASKIN #362294 BARDSTOWN KY | $19.65 |
| 11/28 | 11/28 | DOLLAR GENERAL CORPORA BARDSTOWN KY | $11.13 |
| 11/28 | 11/28 | MCDONALD'S F24988 SPRING FIELD KY | $15.25 |
| 11/28 | 11/28 | CHILI'S BARDSTOWN #170 BARDSTOWN KY | $19.46 |
| 11/29 | 11/29 | MCDONALD'S F24988 SPRING FIELD KY | $16.17 |
| 11/30 | 11/30 | ZENNI OPTICAL, INC. 8002112105 CA | $85.67 |
| 11/30 | 11/30 | CHILI'S BARDSTOWN #170 BARDSTOWN KY | $18.96 |
| 11/30 | 11/30 | TST* FRESH COFFEE - BA Bardstown KY | $32.64 |
| 11/30 | 11/30 | NAIL SPA 1 BARDSTOWN KY | $76.00 |
| 12/01 | 12/01 | MCDONALD'S F24988 SPRING FIELD KY | $17.97 |
| 12/01 | 12/01 | CHILI'S BARDSTOWN #170 BARDSTOWN KY | $14.46 |
| 12/02 | 12/02 | HOMETOWN PIZZA - 019 COXS CREEK KY | $31.46 |
| 12/03 | 12/03 | T-MOBILE STORE # 310G BARDSTOWN KY | $21.19 |
| 12/03 | 12/03 | EL PATRON MEXICAN GRIL BARDSTOWN KY | $54.09 |
| 12/03 | 12/03 | T-MOBILE STORE # 310G BARDSTOWN KY | $69.83 |
| 12/03 | 12/03 | T-MOBILE STORE # 310G BARDSTOWN KY | $169.47 |
| 12/03 | 12/03 | T-MOBILE STORE # 310G BARDSTOWN KY | $178.08 |
| 12/03 | 12/03 | CAPTAIN D'S #364752 BARDSTOWN KY | $5.98 |
| 12/03 | 12/03 | CHILI'S BARDSTOWN #170 BARDSTOWN KY | $8.23 |
| 12/04 | 12/04 | MCDONALD'S F24988 SPRING FIELD KY | $11.98 |
| 12/04 | 12/04 | BIG O TIRES LEBANON LEBANON KY | $89.04 |

thankyou from citi

**Member ID: 8910237484209184**

**ThankYou Points Earned This Period**

| | |
|---|---|
| **2x on Supermarkets and Gas Stations[1]** | **14** |
| **1x on Other Purchases** | **2,337** |
| **Round Up[2]** | **299** |
| **10% Points Back[3]** | **251** |
| **2,500 Points Redeemed This Period** | |
| **Total Earned This Period** | **2,901** |

**» Visit thankyou.com to redeem points or see full rewards details.**

[1]Earn 2 ThankYou® Points per $1 spent at supermarkets and gas stations for the first $6,000 in purchases per year and then 1 ThankYou® point per $1 spent thereafter.

[2]Every purchase gets rounded up to the nearest 10 points. Points earned due to rounding will sometimes appear in the purchase categories (e.g., the 2X Supermarket or 1X Other Purchases categories) and not in the Round Up category.

[3]Get 10% Points Back for the first 100,000 ThankYou® Points you redeem per year.

Bonus points earned from promotional offers may take one to two billing cycles to appear on your statement. Please refer to the specific terms and conditions pertaining to the promotion for further details.

Little things add up to a **BIG** deal!

With your Citi Rewards+® Card, there are so many ways to earn:

**2X** 2 ThankYou® Points per $1 spent at **supermarkets** and **gas stations** for the first $6,000 per year

**1X** on **all other** purchases

**10** **Round Up** to the nearest 10 points on every purchase

**10%** **Get 10% Points Back** for the first 100,000 ThankYou Points you redeem per year

**» For more details on your card benefits, visit citi.com/cardbenefits or refer to your directory of services**

3GEN002820

Standard Purchases, cont'd

| Trans. date | Post date | Description | Amount |
|---|---|---|---|
| 12/05 | 12/05 | CRACKER BARREL 691 BARDSTOWN KY | $13.25 |
| 12/05 | 12/05 | MCDONALD'S F24988 SPRING FIELD KY | $14.69 |
| 12/06 | 12/06 | MCDONALD'S F24988 SPRING FIELD KY | $13.29 |
| 12/06 | 12/06 | DOLLAR GENERAL #25641 SPRINGFIELD KY | $19.23 |
| 12/07 | 12/07 | MHF GROUP INC 833-3877579 NC | $140.00 |
| 12/07 | 12/07 | CHILI'S BARDSTOWN #170 BARDSTOWN KY | $32.83 |
| 12/08 | 12/08 | EL PATRON MEXICAN GRIL BARDSTOWN KY | $2.35 |
| 12/08 | 12/08 | EL PATRON MEXICAN GRIL BARDSTOWN KY | $12.31 |
| 12/08 | 12/08 | CRACKER BARREL 691 BARDSTOWN KY | $13.26 |
| 12/08 | 12/08 | ZAXBY'S #53601 BARDSTOWN KY | $11.75 |
| 12/10 | 12/10 | DOLLAR TREE BARDSTOWN KY | $3.98 |
| 12/10 | 12/10 | AUTOZONE #0488 BARDSTOWN KY | $10.59 |
| 12/10 | 12/10 | CHILI'S BARDSTOWN #170 BARDSTOWN KY | $8.23 |
| 12/10 | 12/10 | FAMILY DOLLAR #1154 BARDSTOWN KY | $15.90 |
| 12/10 | 12/10 | GO WIRELESS ELIZABETHT BARDSTOWN KY | $21.00 |
| 12/10 | 12/10 | GO WIRELESS ELIZABETHT BARDSTOWN KY | $21.19 |
| 12/11 | 12/11 | CHILI'S BARDSTOWN #170 BARDSTOWN KY | $8.23 |
| 12/12 | 12/12 | TMOBILE*PREPD UPGD WEB 877-778-2106 WA | $114.34 |

## Fees charged

**Total fees charged in this billing period** **$0.00**

## Interest charged

**Total interest charged in this billing period** **$0.00**

## 2023 totals year-to-date

| | |
|---|---|
| **Total fees charged in 2023** | **$29.00** |
| **Total interest charged in 2023** | **$0.00** |

## Interest charge calculation

Days in billing cycle: **30**

Your **Annual Percentage Rate (APR)** is the annual interest rate on your account.

| Balance type | Annual percentage rate (APR) | Balance subject to interest rate | Interest charge |
|---|---|---|---|
| PURCHASES | | | |
| Standard Purch | 0.00% | $3,782.37 (D) | $0.00 |
| (Introductory Rate Expires 01/06/24) | | | |
| ADVANCES | | | |
| Standard Adv | 29.99% (V) | $0.00 (D) | $0.00 |

Your Annual Percentage Rate (APR) is the annual interest rate on your account. APRs followed by (V) may vary. Balances followed by (D) are determined by the daily balance method (including current transactions).

## Account messages

©2023 Citibank, N.A.
Citi, Citi and Arc Design and other marks used herein are service marks of Citigroup Inc. or its affiliates, used and registered throughout the world.

**Important Information**
If you have questions about marketing communications, please visit www.citi.com/offersforyou or call the number on the back of your card. (TTY: We accept 711 or other Relay Service.)

| ONLINE | PHONE | PAYMENTS |
|---|---|---|
| Discover.com or download our app | 1-800-347-2683<br>Hearing/Speech Impaired<br>Dial 711 (Relay Service) | Discover<br>PO Box 6103<br>Carol Stream<br>IL 60197-6103 |



**DISCOVER IT® CARD ENDING IN 2930**
OPEN TO CLOSE DATE: 02/20/2024 - 03/19/2024

## Transactions

| TRANS. DATE | PAYMENTS AND CREDITS | AMOUNT |
|---|---|---|
| 02/28 | PAYMENT - THANK YOU | -$5,525.65 |
| 03/07 | PAYMENT ADJUSTMENT | $5,525.65 |
| 03/07 | MARSHALLS #1545 BARDSTOWN KY | -$62.52 |
| 03/15 | PHONE PAYMENT - THANK YOU | -$2,500.00 |

| TRANS. DATE | PURCHASES | MERCHANT CATEGORY | AMOUNT |
|---|---|---|---|
| 02/21 | MCDONALD'S F24988 SPRING FIELD KY | Restaurants | $27.23 |
| 02/21 | MARATHON PETRO135178 SPRINGFIELD KY | Gasoline | $13.48 |
| 03/03 | FACEBK YNXKYYFU82 MENLO PARK CA | Services | $17.00 |
| 03/05 | WALMART STORE 00729 BARDSTOWN KY | Merchandise | $23.28 |
| 03/05 | NAIL SPA 1 BARDSTOWN KY | Services | $79.00 |
| 03/07 | WALGREENS #11307 BARDSTOWN KY | Merchandise | $45.95 |
| 03/07 | MARSHALLS #1545 BARDSTOWN KY | Merchandise | $146.49 |
| 03/07 | MARSHALLS #1545 BARDSTOWN KY | Merchandise | $1.05 |
| 03/07 | MARSHALLS #1545 BARDSTOWN KY | Merchandise | $133.50 |
| 03/07 | BP#8522237FIVESTAR 6610 NEW HAVEN KY | Gasoline | $30.00 |
| 03/07 | DOLLAR-GENERAL MKT #1201 BARDSTOWN KY | Supermarkets | $18.00 |

## Cashback Bonus® Rewards

| | |
|---|---|
| **PREVIOUS BALANCE** | **$60.38** |
| **EARNED THIS PERIOD** | |
| 1% Cashback Bonus | +$4.71 |
| **REDEEMED THIS PERIOD** | **-$0.00** |
| **CASHBACK BONUS BALANCE** | **$65.09** |

## Fees and Interest Charged

| FEES FOR THIS PERIOD | AMOUNT |
|---|---|
| LATE FEE | $30.00 |
| **TOTAL FEES FOR THIS PERIOD** | **$30.00** |

| INTEREST CHARGED FOR THIS PERIOD | AMOUNT |
|---|---|
| INTEREST CHARGE ON PURCHASES | $120.22 |
| INTEREST CHARGE ON CASH ADVANCES | $0.00 |
| INTEREST CHARGE ON BALANCE TRANSFERS | $0.00 |
| **TOTAL INTEREST FOR THIS PERIOD** | **$120.22** |

| 2024 TOTALS YEAR-TO-DATE CHARGED | AMOUNT |
|---|---|
| TOTAL FEES CHARGED IN 2024 | $30.00 |
| TOTAL INTEREST CHARGED IN 2024 | $141.39 |

## Interest Charge Calculation

Your Annual Percentage Rate (APR) is the annual interest rate on your account.

**CURRENT BILLING PERIOD:** 29 DAYS

| TYPE OF BALANCE | APR* | PROMO APR EXPIRES** | BALANCE SUBJECT TO INTEREST RATE | INTEREST CHARGE |
|---|---|---|---|---|
| Purchases | 28.24% V | N/A | $5,357.78 | $120.22 |

Continued on next page

## Interest Charge Calculation continued

| TYPE OF BALANCE | APR* | PROMO APR EXPIRES** | BALANCE SUBJECT TO INTEREST RATE | INTEREST CHARGE |
|---|---|---|---|---|
| Cash Advances | 29.99% V | N/A | $0.00 | $0.00 |

**V = VARIABLE RATE**

Variable APRs will not exceed 29.99%.
* If your account is currently enrolled in a special program or is placed into one during the term of the offer, you will receive the benefit of the lower rate while the special program is in effect. This includes, if applicable, any lower rates as authorized under the Servicemembers Civil Relief Act.
** This is the date your promotional rate expires and the remaining balance will be moved to your standard APR disclosed when you accepted the offer. Please note: Changing your payment due date may change your Promo APR Expiration Date.
*** For more information, please call us at 1-800-347-2683.

## Information For You

SRPTS2330007671

### FICO® Credit Score Terms

Your FICO® Credit Score, key factors, and other credit information use the FICO® Score 8 model. They are based on data from TransUnion® and may be different from other credit scores and other credit information provided by different bureaus. This information is intended for and only provided to Primary account holders who have an available score. Your score, key factors and other credit information are available on Discover.com and cardmembers are also provided a score on statements. Customers will see up to a year of recent scores online. Discover and other lenders may use different inputs, such as FICO® Credit Scores, other credit scores and more information in credit decisions. This benefit may change or end in the future. FICO is a registered trademark of Fair Isaac Corporation in the United States and other countries.

If you prefer not to receive your FICO® Credit Score just call us at 1-800-DISCOVER (1-800-347-2683). Please give us two billing cycles to process your request.

Discover Financial Services and Fair Isaac are not credit repair organizations as defined under federal or state law, including the Credit Repair Organizations Act. Discover Financial Services and Fair Isaac do not provide "credit repair" services or assistance regarding "rebuilding" or "improving" your credit record, credit history or credit rating.

### Availability of FICO® Credit Score

As an active cardmember, you may see your FICO® Credit Score on your monthly statement or online. Reasons why you may not see your FICO® Credit Score include: if you opt out; if you have key information that is mismatched or missing, as one example, an address change that has not been updated with Discover or TransUnion®; if your credit history is too new; if your account status is abandoned, bankrupt, fraud, lost or stolen, closed, revoked, or charged off; if you have a foreign address. Your FICO® Score is disclosed on statements when your statement is available. You may not receive a statement if you have no account activity such as no purchase transactions, fees, interest, or payments for approximately 30 days.

### Your Billing Rights: Keep This Document For Future Use

**This notice tells you about your rights and our responsibilities under the Fair Credit Billing Act.**

<u>**What To Do If You Find A Mistake On Your Statement**</u>
If you think there is an error on your statement, write to us at:
Discover
P.O. Box 30421
Salt Lake City, UT 84130-0421.

You may also contact us on the Web: https://discover.com/billingerrornotice

**In your letter or on the Web, please give us the following information:**
- <u>Account information:</u> Your name and account number.
- <u>Dollar amount:</u> The dollar amount of the suspected error.
- <u>Description of problem:</u> If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

**You must contact us:**
- Within 60 days after the error appeared on your statement.
- By 5:00 P.M. ET on the date an automated payment is scheduled, if you want to stop payment on the amount you think is wrong. You must notify us of any potential errors in writing or electronically. You may call us, but if you do we are not necessarily required to investigate any potential errors and you may have to pay the amount in question.

<u>**What Will Happen After We Receive Your Letter or Web Submission**</u>

**When we receive your written or electronic notice, we must do two things:**
1. Within 30 days of receiving your notice, we must tell you that we received it. We will also tell you if we have already corrected the error.
2. Within 90 days of receiving your notice, we must either correct the error or explain to you why we believe the bill is correct.

**While we investigate whether or not there has been an error:**
- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may continue to appear on your statement.

Continued on next page

2:49 72%

8:09 91%

**Meta Business Support**

Please restore my verification for Facebook. Christmas Eve my card information was stolen when i put it in for Facebook. I had to wait for the card to come back in and them to clean the fraud . Please restore and I did subscribe for both Facebook and Instagram. Thank you

Mar 5 at 9:58 PM




Can you please explain I was verified then Christmas Eve I was scammed because I got a no[...]tion saying I need to pay Facebook. So I have

TILFORD DOBBINS & SCHMIDT PLLC

CHARLES W. DOBBINS, JR.
MARK W. DOBBINS
PATRICK T. SCHMIDT
LISA KOCH BRYANT[1]
RUBY D. FENTON
SANDRA B. HAMMOND
WM. STEPHEN REISZ
ARMAND I. JUDAH
K. GAIL RUSSELL
TACASHA E. THOMAS
AYALA GOLDING
THOMAS D. KARAGEORGE[2]
PAUL O'BRYAN
SAMUEL G. HAYWARD, JR.
JOANNE LYNCH[1]
NICHOLAS VEROFF[1]
HALEY J. KEENE

HENRY J. TILFORD (1880-1968)
CHARLES W. DOBBINS (1916-1992)
DONALD H. BALLEISEN (1924-1993)
LAWRENCE W. WETHERBY (1908-1994)
RANDOLPH NOE (1939-2003)
STUART E. ALEXANDER, JR. (1920-2006)
SANDRA F. KEENE (1960-2021)
TERRENCE L. MCCOY (1942-2023)

[1] *Also Licensed in Indiana*
[2] *Of Counsel*

October 29, 2025

Daniel Carroll Kelly
Attorney at Law
P.O. Box 448
Springfield, Kentucky 40069

RE: Graves v. Meta Platforms, Inc.
Washington District Court, Small Claims Division
Case No. 24-S-00002

Dear Mr. Kelly:

As you know, my firm represents Meta Platforms, Inc., and I received your letter dated October 16, 2025, in the above-referenced case. It would be helpful to my client's investigation of Ms. Graves's claim if you could provide the following information:

- Names of all Meta accounts that Ms. Graves currently maintains or previously maintained for which she believes she is owed payment.
- Email addresses associated with all Meta accounts requested above.
- All documents that may show agreements between Meta and Ms. Graves or amounts that Ms. Graves believes are owed.

I will provide that information to my client, and Meta will investigate Ms. Graves's claim that she is owed payment related to content creation and views. I do not know how much time it will take for Meta to complete its investigation in this matter, but my experience in other cases has been that Meta will have some response within 30 days.